IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXIS WHITE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File No. |
| v. ) | 1:21-cv-03231-SDG |
| ) | |
| MILK AND HONEY AT WESLEY ) | |
| CHAPEL, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING EXHIBIT 1 TO JOINT MOTION AND MEMORANDUM SEEKING APPROVAL OF PARTIES' SETTLEMENT AGREEMNT**

Defendants hereby file this Notice of Filing Exhibit 1 to the Joint Motion and Memorandum Seeking Approval of Parties' Settlement Agreement (Docket No. 48). Defendants inadvertently omitted exhibit 1 (the Settlement Agreement and Release) to the Joint Motion filed on March 22, 2023.

Respectfully submitted, this 30th day of March 2023.

The Employment Law Solution

By: */s/ Steven R. Carter*
    Steven R. Carter
    Georgia Bar No. 364342
    Jamala S. McFadden
    Georgia Bar No. 490959
    scarter@theemploymentlawsolution.com

800 Mt. Vernon Hwy, NE Suite 410
Atlanta, GA 30328
Telephone: (678) 424-1380
Facsimile: 404-891-6840
**ATTORNEY FOR DEFENDANTS**

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ALEXIS WHITE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File No. |
| v. ) | 1:21-cv-03231-SDG |
| ) | |
| MILK AND HONEY AT WESLEY ) | |
| CHAPEL, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2023, I electronically filed the foregoing **NOTICE OF FILING** with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of such filing to all counsel of record.

By: */s/ Steven R. Carter*
Steven R. Carter
Georgia Bar No. 364342
**ATTORNEY FOR DEFENDANTS**

3