# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| ALEXIS WHITE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MILK AND HONEY AT WESLEY )<br>CHAPEL, LLC, MICHAEL EPPS, )<br>*individually*, DEON LAMAR )<br>HARRISON, *individually*, RASHEED )<br>DEVON GREEN, and ROBERT PAUL )<br>MCCADNEY JR., *individually*, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:21-cv-03231-SDG |

## ORDER

This is an action alleging unpaid wages and related claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, ("FLSA"). Pursuant to 29 U.S.C. § 216(b), the compromise of FLSA claims requires approval by the Court when the payment is not made through the Department of Labor. See Lynn's Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982). Therefore, the Parties are

seeking this Court's approval of the settlement pertaining to the Plaintiffs' FLSA claims.

The Court has reviewed the Settlement Agreement and concludes that the Settlement Agreement is fair and reasonable. Therefore, this Court hereby **APPROVES** the Settlement Agreement. This action is hereby **DISMISSED WITH PREJUDICE**, with costs and fees to be paid pursuant to the Settlement Agreement. The Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreement.

SO ORDERED, this 1st day of May, 2023

_____
THE HONORABLE STEVEN D. GRIMBERG
United States Magistrate Judge